JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST,<br><br>            Plaintiff,<br><br>     v.<br><br>D&D WELDING CORPORATION, a California corporation,<br><br>            Defendant. | Case No. CV13-00082 CAS (SSx)<br><br>[PROPOSED] ORDER RE VOLUNTARY DISMISSAL |

**IT IS ORDERED** that the above-captioned matter is DISMISSED with prejudice pursuant to the Notice of Voluntary Dismissal filed with the Court on June 13, 2013.

Date:_June 14, 2013

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KKF/cl/CV13-82Order01.wpd

[Proposed] Order Re Voluntary Dismissal                       Case No. CV13-00082 CAS (SSx)