JS - 6

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

8
9
10

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>D&D WELDING CORPORATION, a California corporation,<br><br>　　　　Defendant. | Case No. CV13-00082 CAS (SSx)<br><br>[~~PROPOSED~~] ORDER RE VOLUNTARY DISMISSAL |

**IT IS ORDERED** that the above-captioned matter is DISMISSED with prejudice pursuant to the Notice of Voluntary Dismissal filed with the Court on June 13, 2013.

Date:_June 14, 2013

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE